RECEIVED BY MAIL
NOV 30 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

SCANNED
DEC 01 2020
kos
U.S. DISTRICT COURT ST. PAUL

in
# 'Federal Court'
at
District Court of the United States
for District of Minnesota

20-cv-2431 ECT/DTS

| | |
|---|---|
| i: Sentiment Man - Petro Siruk ) <br> on behalf of myself and all others ) <br> similarly situated, ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE HEALTHY BEVERAGE ) <br> COMPANY, LLC ) <br> Defendant. ) | **nature of case: claim** <br> **claim: trespass** <br><br> **(verified)** |

---

**I, jointly require: a 'court of record'; 'trial by jury';**

---

the *Siruk Court* presents notice:

**claim: trespass [wrongdoing]**

i, a man claim:

- the said wrongdoers(s) trespass upon our property;
- the causal agent of the trespass coming through falsely and misleadingly advertising and marketing to end-consumers;
- the trespass did and does harm and injury to my property;
- the commencement of the wrong and harm began over the last four years when Plaintiff made purchase at Cub Foods, Walmart recent purchase was on 10/22/2020 *see attached* receipt of recent cash purchase
- Plaintiff became aware after of the similar cases filed in the United States District Court Eastern District of Pennsylvania Case No. 2:20-cv-04934-GJP *see attached* page 1 of the case 2:20-cv-04934-GJP
- i, require compensation for the initial and continual trespass upon my property; punitive damages to be decided by jury; injunction relief to order company place on product "Warning Label" such as this "This Product contains Added Sugar, Added Sugare is highly addictive substance, will cause death";
- compensation due: decided by jury and it is believed more then $5,000,000.00

i, say, and will verify in open court, that all herein be true

November 24, 2020                    /s/ NA V.I. Petro Siruk, All Rights Reserved

in
# 'Federal Court'
at
District Court of the United States
for District of Minnesota

RECEIVED BY MAIL
NOV 30 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

i: Sentiment Man - Petro Siruk                )
on behalf of myself and all others           )
similarly situated,                                  )
                Plaintiff,               )
v.                                                           )          (verified)
                                  )
THE HEALTHY BEVERAGE           )
COMPANY, LLC                             )
                Defendant.             )

**notice: jurisdiction**

the *Siruk Court* presents notice:

**First:** I, lay "my case", [suit; accouterments; &cs...] *into* 'Federal Court';

**Secondly:**    **'Federal Court', is a 'court of record**
> "A party paying money into Court, admits the jurisdiction of such Court, and can not plead in abatement to it." ~ J. Chitty pg. 444 (1851

**Thirdly:**    **'Federal Court', is a 'court of record';**
> 25 C.J. Vol., Federal Court § 344, pg. 9741

**Fourthly:**    **In a 'court of record', the magistrate is independent of the tribunal;**
> Blacks Law Dictionary, 4th Ed. pg. 10141

**Fifthly:**    **A 'court of record': acts in accordance with common law;**
> Blacks Law Dictionary, 4th Ed. pg. 10141

**Sixthly:**    Suits in common law, the right of trial by jury shall be preserved;
> Seventh Amendment

**Seventhly:**    The jury can take upon themselves and determine at their own hazard, the questions of fact and law; *[cf* Littleton § 386; Bl. Comm. § 378];

**Eighthly:**    i, jointly say here, and will verify in open court, that all herein be true

November 24, 2020                            /s/ NA V.I. Petro Siruk, All Rights Reserved

in

## 'Federal Court'
at
District Court of the United States
for District of Minnesota

RECEIVED
BY MAIL.

NOV 3 0 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

| | |
|---|---|
| i: Sentiment Man - Petro Siruk )<br>on behalf of myself and all others )<br>similarly situated, )<br>             Plaintiff, )<br>v. )<br>              )<br>THE HEALTHY BEVERAGE )<br>COMPANY, LLC )<br>             Defendant. ) | **(verified)** |

### notice: venue

the *Siruk Court* presents notice:

**Firstly:**   i, a man enter **'my case'**, [suit; accoutrements; &cs ... ] *into* **'Federal Court'**;

**Secondly:**   **'Federal Court'** is to convene *at,* a *public* **courthouse** (venue);

**Thirdly:**   The public courthouse, in where 'my case' lies, is known as a *federal district court;*

**Fourthly:**   The *federal district court* is *at* a location also referred to as:
• U.S. COURTHOUSE, SUITE 202
  300 SOUTH FOURTH STREET, MINNEAPOLIS, MN 55415
• THE UNITED STATES DISTRICT COURT FOR DISTRICT OF MINNESOTA'
• 'The district court of the united States';

**Fifthly:**   The Name of the *public* **courthouse** varies but, at all times 'our case' lies **'in Federal Court'**;

**Sixthly:**   i, say here, and will verify in open court, that all herein be true;

November 24, 2020            /s/ NA V.I. Petro Siruk, All Rights Reserved

RECEIVED BY MAIL

NOV 30 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

in
# 'Federal Court'
at
District Court of the United States
for District of Minnesota

i: Sentiment Man - Petro Siruk            )
on behalf of myself and all others        )
similarly situated,                       )
              Plaintiff,              )
v.                                        )       **(verified)**
                                        )
THE HEALTHY BEVERAGE                      )
COMPANY, LLC                              )
             Defendant.              )

## notice: Verifications

the *Siruk Court* presents notice:

**Firstly:**   i, a man, declare and require: all documents (including recom'endations and orders) being placed into the 'case', are to be verified in open court, under oath or affirmation, all documents submitted without verification Court will take notice as a contempt of court and will be VOID;

**Secondly:**   i, say here, and will verify in open court, that all herein be true


November 24, 2020                    /s/ NA V.I. Petro Siruk, All Rights Reserved