UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Petro Siruk, Sentiment Man, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

The Healthy Beverage Company, LLC,

    Defendant.

File No. 20-cv-2431 (ECT/DTS)

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulation of Dismissal [ECF No. 16] entered into by Plaintiff and Defendant,

**IT IS ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Dated: July 6, 2021

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court